UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MIA MOHAMMADB, individually and on behalf of
all others similarly situated,

                Plaintiff,                            JUDGMENT
                                                        21-CV-5606 (WFK) (MMH)

                -against-

NATIONAL ENTERPRISE SYSTEMS, INC.,

                Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on September 29, 2023, granting Defendant's Motion at ECF No. 13 and dismissing this action for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(b)(1); it is

        ORDERED and ADJUDGED that Defendant's Motion at ECF No. 13 is granted and this action is dismissed for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(b)(1).

Dated: Brooklyn, NY                                               Brenna B. Mahoney
         September 29, 2023                                Clerk of Court

                                                        By: _/s/Jalitza Poveda_____
                                                                  Deputy Clerk